FILED
OCT - 7 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

OCT - 7 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>OMAR YEHIA SPAHI,<br><br>                                        Debtor. | Case No. 2:09-bk-44294-PC<br><br>Chapter 11<br><br>**ORDER DISMISSING CASE**<br><br>Date:  October 6, 2010<br>Time:  9:30 a.m.<br>Place: U.S. Bankruptcy Court<br>            Courtroom # 1539<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

On the above captioned date and time, the court considered the motion of NCB, FSB ("NCB") to dismiss the above referenced case or, alternatively, to convert the case to a case under chapter 7 ("Motion"). Appearances were entered on the record. Having considered NCB's Motion, the Debtor's response in opposition thereto, the reply, evidentiary record and argument of counsel, and based on findings of fact and conclusions of law stated orally and recorded in open court pursuant to F.R.Civ.P 52(a)(1), as incorporated into FRBP 7052 and applied to contested matters by FRBP 9014(c), it is

ORDERED that the above referenced case be, ~~and the~~ same is hereby, dismissed.

DATED:

OCT 0 7 2010

PETER H. CARROLL
United States Bankruptcy Judge

| In re: | CHAPTER: |
|--------|----------|
| Debtor(s). | CASE NUMBER: |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) __ORDER DISMISSING CASE__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of__ 10/7/2010 _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Michael Jay Berger    michael.berger@bankruptcypower.com, cristina.frankian@bankruptcypower.com
- Russell Clementson    russell.clementson@usdoj.gov
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
- Deborah Conley    bkmail@prommis.com
- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Anne W Hamann    ahamann@piteduncan.com, ecfcacb@piteduncan.com
- Kenderton S Lynch    kenlynchlaw@aol.com
- Christopher M McDermott    ecfcacb@piteduncan.com
- Paul Oudom    poudom@piteduncan.com
- Brian A Paino    ecfcacb@piteduncan.com
- Christine M Pajak    cpajak@stutman.com
- Rebecca S Revich    rrevich@stutman.com
- Melissa Sawyers    bkmail@prommis.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

- Darlene C Vigil    cdcaecf@bdfgroup.com

- Alan Steven Wolf    wdk@wolffirm.com

☐ Service information continued on attached page

II. **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Omar Yehia Spahi**
201 Ocean Ave. #1709-B
Santa Monica, CA 90402

☐ Service information continued on attached page

III. **TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1